## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

### CASE NO.:  4:24-cv-12190

VPR BRANDS, LP,

                Plaintiff,

v.

ASHH, INC.,

                Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Plaintiff VPR BRANDS, LP 's Motion for Leave to Proceed Without Local Counsel [DE 5], filed September 3, 2024. Having considered the motion and noting that Defendant has not yet been served while Plaintiff is attempting to serve Defendant, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's counsel, Joseph A. Dunne and Joel B. Rothman, as experienced members of the Bar of the Court, and Pursuant to Local Rule 83.20(f)(1), are relieved of their obligation to specify local counsel. The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, Plaintiff will be required to obtain local counsel promptly.

**IT IS SO ORDERED** this 4th day of September, 2024.

s/F. Kay Behm
F. KAY BEHM
UNITED STATES DISTRICT JUDGE